

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Keith Dale Jenkins, II, Appellant

No. 06-14-00202-CR  v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2012-C-0167).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Keith Dale Jenkins, II, pay all costs of this appeal.

RENDERED JUNE 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk